IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERRY SHELLEY AND HOWARD SHELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> BIG LOTS STORES, INC. <br><br> Defendant. | Civil Action File No: _____ |

### AFFIDAVIT

STATE OF GEORGIA
COUNTY OF FULTON

Personally appeared before the undersigned officer duly authorized to administer oaths, Barbara A. Marschalk, who after being duly sworn, deposes and states the following:

1.

My name is Barbara A. Marschalk and I represent Big Lots Stores, Inc.

2.

I am competent to make this Affidavit, am suffering from no legal disabilities, and make this Affidavit of my own personal knowledge, as well as my



review of records generated in the course of the claim that underlies this lawsuit, with the knowledge and intent that same be used in support of removal of this matter.

3.

In this action, Plaintiff Gerry Shelley seeks to recover for personal injuries that she allegedly sustained in a fall on the premises of Defendant, in which she claims to have sustained a "serious and permanent" injury. Her claimed damages include approximately $44,000.00 in past medical expenses, future medical expenses, and general physical and mental pain and suffering. Plaintiff Howard Shelley seeks to recover damages for the loss of consortium of his wife, Gerry Shelley.

4.

Based on my experience and the amount of special damages alleged in Plaintiffs' Complaint, assuming that Plaintiffs prevail on all of their claims, a permissible award would not be less than $75,000, exclusive of interests and costs.

5.

Before filing this lawsuit, Plaintiffs made a settlement demand upon Defendant in the amount of $450,000, further underscoring that the amount in controversy in this case exceeds $75,000.

6.

Defendant is a corporation organized and existing under the laws of the State of Ohio, maintaining its principal place of doing business in Ohio.

FURTHER, AFFIANT SAITH NOT, this 3rd day of April, 2013.

Barbara A. Marschalk
Georgia Bar No. 324498

SWORN TO AND SUBSCRIBED before me this 3rd day of April, 2013.

Sara J. Sapp

Notary Public for State of GEORGIA

My commission expires: 1/29/16